# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

REBECCA ETHRIDGE                                                                                    PLAINTIFF

v.                                              4:17-cv-00565 JLH/PSH

NANCY BERRYHILL
Deputy Commissioner of Operations,
performing the duties and functions
not reserved to the Commissioner of Social Security                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Document #14.

IT IS THEREFORE ORDERED:

The ALJ's mental RFC assessment is not supported by the evidence of record. The ALJ's decision is therefore not supported by substantial evidence on the record as a whole. For these reasons, the Court REVERSES and REMANDS the decision of the Commissioner for further proceedings.

DATED this 16th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE