IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

REBECCA ETHRIDGE                                                                                    PLAINTIFF

v.                                          4:17-cv-00565 JLH/PSH

NANCY BERRYHILL
Deputy Commissioner of Operations,
performing the duties and functions
not reserved to the Commissioner of Social Security                           DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered REVERSING and REMANDING the decision of the Commissioner for further proceedings.

DATED this 16th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE